**JERRY S. BUSBY, ESQ.**
Nevada Bar #001107
**JONATHAN J. HANSEN, ESQ.**
Nevada Bar #007002
**COOPER LEVENSON, P.A.**
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
jjhansen@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONIA LOPEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY d/b/a SMITH'S FOOD & DRUG CENTERS, INC., an Ohio Corporation; DOE EMPLOYEE I, an Individual; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-02457<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between JONATHAN J. HANSEN, ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and JENNIFER MORALES, ESQ. of the law firm CLAGGET & SYKES, counsel for Plaintiff SONIA LOPEZ as follows:

1.  Plaintiff SONIA LOPEZ' claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

CLAC 4375779.1

2. That the pending trial date, currently set for July 16, 2018, be vacated. Further, the parties request that any other pending Court ordered deadlines or hearings be vacated.

Respectfully submitted this 5th day of March, 2018.

| CLAGGETT & SYKES | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Jennifer Morales | /s/ Jonathan J. Hansen |
| JENNIFER MORALES, ESQ. | JONATHAN J. HANSEN, ESQ. |
| Nevada Bar #8829 | Nevada Bar #7002 |
| 4101 Meadows Lane – Suite 100 | 1835 Village Center Circle |
| Las Vegas, Nevada 89107 | Las Vegas, Nevada 89134 |
| (702) 655-2346 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| SONIA LOPEZ | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear their own fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: March 16, 2018

CLAC 4375779.1